ORIGINAL

RICHARD L. HOKE. JR. 2486
Century Square Suite 907
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-5927
Facsimile (808) 531-5315

LODGED
FEB 23 2006
2:52pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2006

at __ o'clock and __ min __
SUE BEITIA, CLERK

Attorney for Defendant
TODD TAKATA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TODD TAKATA;<br><br>        Defendant. | ) CR. NO. 04-00372SOM-07 and<br>) CR. NO. 04-00134SOM<br>) [21 U.S.C. Secs. 841(a)(1) and 846,<br>) 18 U.S.C. 2 and 18 U.S.C. 1956(h) and<br>) (a)(1)(B)(i)]<br>)<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE SENTENCING DATE;<br>) CERTIFICATE OF SERVICE<br>) |

STIPULATION TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA and Defendant TODD TAKATA, through their respective undersigned attorneys, that Defendant's sentencing date be continued from Monday, March 13, 2006 at 2:15 p.m. to Monday, June 5, 2006 at 3:45 p.m., before the Honorable SUSAN OKI MOLLWAY.

Dated: Honolulu, Hawaii.

_____ 23 Feb 06
THOMAS C. MUEHLECK, ESQ.
Assistant United States Attorney
United States of America

_____   2/22/06
RICHARD L. HOKE, JR.
Attorney for TODD TAKATA

APPROVED AND SO ORDERED:

_____
HONORABLE SUSAN OKI MOLLWAY
United States District Judge

CR. NO. 04-00372SOM-07 and CR. NO. 04-00134SOM   USA v. Todd Takata.,
Stipulation and Order to Continue Sentence Date, Page 2.

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the following individuals by hand delivery messenger or U.S. mail:

>MR. THOMAS C. MUEHLECK, ESQ.
>Assistant United States Attorney
>United States Attorney's Office
>Room 6100 PJKK Bldg
>300 Ala Moana Blvd
>Honolulu Hawaii 96850
>Attorney for United States of America

Dated: Honolulu, Hawaii.  2/24/06

RICHARD L. HOKE, JR.