ORIGINAL

RICHARD L. HOKE. JR.  2486
Century Square Suite 907
1188 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 531-5927
Facsimile (808) 531-5315

Attorney for Defendant
TODD TAKATA

LODGED JUN 3 0 2006
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 5 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 04-00372SOM-07 and |
|---|---|
| Plaintiff, | ) CR. NO. 04-00134SOM |
| vs. | ) |
| TODD TAKATA; | ) STIPULATION AND ORDER TO |
|  | ) MODIFY CONDITIONS OF |
| Defendant. | ) RELEASE; CERTIFICATE |
|  | ) OF SERVICE |
|  | ) Sentencing Date: 9/25/06 |
|  | ) Time: 3:00 p.m. |
|  | ) Hon. Susan Oki Mollway |

STIPULATION AND ORDER TO MODIFY CONDITONS OF RELEASE

IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA and Defendant TODD TAKATA, through their respective undersigned attorneys, that Defendant's conditions of release be modified by removing the curfew and electronic monitoring device requirements.

Dated: Honolulu, Hawaii. June 30, 2006

_____
MICHAEL K. KAWAHARA, ESQ.
Assistant United States Attorney
United States of America

_____  4/28/06
RICHARD L. HOKE, JR.
Attorney for TODD TAKATA

APPROVED:

_____
ALLSION THOM
Pre Trial Services Officer
United States Pretrial Services

APPROVED AND SO ORDERED:

_____
HON. SUSAN OKI MOLLWAY
United States District Judge

CR. NO. 04-00372SOM-07   USA v. Todd Takata., Stipulation and Order to Modify Conditions of Release, Page 2.

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the following individuals by hand delivery messenger or U.S. mail:

> MR. MICHAEL K. KAWAHARA, ESQ.
> Assistant United States Attorney
> United States Attorney's Office
> Room 6100 PJKK Bldg
> 300 Ala Moana Blvd
> Honolulu Hawaii  96850
> Attorney for United States of America
>
> MS. ALLISON THOM
> Pre Trial Services Officer
> United States Pretrial Services
> Federal Building 7-222
> Honolulu Hawaii  96813

Dated:  Honolulu, Hawaii.  6-29-06

RICHARD L. HOKE, JR.