AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 1:04CR00372-007 SOM
DEFENDANT: TODD HISAO TAKATA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWENTY FOUR (24) MONTHS

This term of TWENTY FOUR (24) MONTHS to run concurrently to the sentence imposed in CR 04-00134SOM.

[✓] The court makes the following recommendations to the Bureau of Prisons:
1) Sheridan; 2) Lompoc; 3) Drug Treatment; 4) Vocational and Educational Training; 5) Alcohol treatment.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [✓] before 10:00 a.m. on 2/26/07.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 2-26-2007 to U.S.P. Lompoc
at Lompoc, CA, with a certified copy of this judgment.

LINDA SANDERS, WARDEN
~~UNITED STATES MARSHAL~~

By B.J. Moore, L.T.E.
   FCC - Lompoc
   ~~Deputy U.S. Marshal~~